No. 202 (October Term 1935). STONE ET AL., TRUS-TEES, *v.* WHITE, FORMER COLLECTOR OF INTERNAL REVE-NUE. See *ante,* p. 639.

No. 1003 (October Term 1936). TALLY ET AL. *v.* FOX FILM CORP. ET AL. October 11, 1937. The CHIEF JUS-TICE took no part in the decision of this application. 301 U. S. 710.

No. 228 (October Term 1936). CHIPPEWA INDIANS OF MINNESOTA *v.* UNITED STATES ET AL. October 11, 1937. 301 U. S. 358.

No. 652 (October Term 1936). GREAT ATLANTIC & PACIFIC TEA CO. ET AL. *v.* GROSJEAN ET AL. October 11, 1937. 301 U. S. 412.

No. 667 (October Term 1936). ANNISTON MANU-FACTURING CO. *v.* DAVIS, COLLECTOR OF INTERNAL REVE-NUE. October 11, 1937. 301 U. S. 337.

No. 734 (October Term 1936). UNITED STATES ET AL. *v.* AMERICAN SHEET & TIN PLATE CO. ET AL. October 11, 1937. 301 U. S. 402.

No. 855 (October Term 1936). GOODMAN LUMBER CO. *v.* UNITED STATES ET AL. October 11, 1937. 301 U. S. 669.